UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jon Q Wright d/b/a JQ Licensing, Inc., | **Civil No. 13-CV-02220-ADM-LIB** |
| Plaintiff, | |
| vs. | |
| The Marvelous Fish House and Market, Design Angler, Marvin Hanson, Randy Syverson, Mitch Blessing, Ross Lewis Sign Company, Inc., Ross Lewis, ABC Corporations 1-10, and Jon Does 1-10, | **STIPULATION FOR EXTENSION OF TIME FOR CO-DEFENDANTS THE MARVELOUS FISH HOUSE AND MARKET, DESIGN ANGLER, MARVIN HANSON, RANDY SYVERSON, MITCH BLESSING, ROSS LEWIS SIGN COMPANY, INC., ROSS LEWIS,** |
| Defendant. | |

Plaintiff Jon Q. Wright and Co-defendants The Marvelous Fish House and Market, Design Angler, Marvin Hanson, Randy Syverson, Mitch Blessing, Ross Lewis Sign Company, Inc., and Ross Lewis (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree:

WHEREAS, the Parties are currently actively engaged in settlement negotiations;

WHEREAS, Plaintiff Jon Q. Wright sent his first settlement demand to the Parties on November 14, 2013;

WHEREAS, the deadline by which the Parties must answer Plaintiff's Amended Complaint or file a motion under Fed. R. Civ. P. 12 is November 22, 2013 (Dkt. Nos. 19, 23, 24, 26);

WHEREFORE, THE PARTIES STIPULATE, by and through their undersigned counsel, that The Marvelous Fish House and Market, Design Angler, Marvin Hanson, Randy Syverson, Mitch Blessing, Ross Lewis Sign Company, Inc., and Ross Lewis may

have until December 23, 2013, to file and serve their answer or any Rule 12 motion. The Parties plan to use this time to discuss resolution of the above-captioned matter. The parties hereby request the Court to enter an order consistent with this Stipulation.

Dated:  November 15, 2013

**Patterson Thuente Pederson, PA.**
**Clemente Mueller, P.A.**

/s/ *Jessie Christine Basner*
Jessie Christine Basner (*admitted pro hac vice*)
Clemente Mueller, PA
P.O. Box 218
Morristown, NJ 07962-1296
Telephone: (973) 455-8008
Facsimile: (973) 455-8118

Aaron W. Davis (#318,255)
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100
Telephone (612) 349-5740
Facsimile: (612) 349-9266

*Attorneys for Plaintiff*

**FAEGRE BAKER DANIELS LLP**

/s/ *David R. Merritt*
James R. Steffen, MN #204717
Leita Walker, MN #387095
David R. Merritt, MN #393062
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
james.steffen@FaegreBD.com
leita.walker@FaegreBD.com
david.merritt@FaegreBD.com
612-766-7000

*Attorneys for Design Angler, Randy Syverson, and Mitch Blessing*

2

**BRIGGS AND MORGAN, P.A.**

/s/ *John B. Lunseth II*
John B. Lunseth II (#65341)
80 South Eighth Street
2200 IDS Center
Minneapolis, MN 55402
Telephone: (612) 977-8484
Facsimile: (612) 977-8650

*Attorneys for Defendants Ross Lewis Sign Company, Inc. and Ross Lewis*

**COUSINEAU McGUIRE CHARTERED**

/s/ *Robyn K. Johnson*
Robyn K. Johnson (#0309734)
1550 Utica Avenue South, Suite 600
Minneapolis, MN 55416

*Attorneys for Defendants The Marvelous Fish House and Market and Marvin Hanson*